Motion Day: November 18, 2019

**K&L GATES LLP**
One Newark Center, Tenth Floor
Newark, NJ 07102
Telephone: (973) 848-4000
Attorneys for Defendants
WeMakePrice Inc., I-Shoplog LLC,
I-Shoplog Holdings Inc. Joon Ahn
and Kwan Seok Moon

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| HEUNG JOO HAN and JONG MIN KOH, | Case No. 2:17-cv-07077-SRC-CLW |
| Plaintiffs, | Honorable Stanley R. Chesler, U.S.D.J. |
| v. | Honorable Cathy L. Waldor, U.S.M.J. |
| WEMAKEPRICE INC, I-SHOPLOG HOLDINGS INC, I-SHOPLOG LLC, JOON AHN, and KWAN SUK MOON, | **NOTICE OF JOINT MOTION FOR APPROVAL OF SETTLEMENT** |
| Defendants. | |

**PLEASE TAKE NOTICE** that on November 18, 2019, or as soon thereafter as counsel may be heard, the Shin & Jung LLP and the Kimm Law Firm, co-counsel for plaintiffs Heung Joo Han and Jon Min Koh, and K&L Gates LLP, counsel for defendants WeMakePrice Inc., I-Shoplog LLC, I-Shoplog Holdings Inc., Joon Ahn, and Kwan Seok Moon, in the above-captioned action shall jointly move before the Honorable Stanley R. Chesler, United States District Judge, at the United States District Court for the District of New Jersey, United States Post Office and Courthouse, 1 Federal Square, Newark, New Jersey, for an Order in the form annexed hereto approving the settlement of this matter.

**PLEASE TAKE FURTHER NOTICE** that the parties shall rely upon the supporting Brief, the Declaration of C. Bryan Cantrell (with Exhibits) submitted herewith, and the pleadings previously filed in this action.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is supplied herewith.

| | |
|---|---|
| **SHIN & JUNG LLP** | **K&L GATES LLP** |
| /s/ Seung Han (Aaron) Shin (with permission) | /s/ Rosemary Alito |
| Seung Han (Aaron) Shin, Esq. | Rosemary Alito, Esq. |
| 2400 Lemoine Ave, Suite 204 | C. Bryan Cantrell, Esq. |
| Fort Lee, NJ  07024 | One Newark Center, 10th Floor |
| (201) 482-8095 | Newark, NJ  07102 |
| | (973) 848-4000 |
| **KIMM LAW FIRM** | |
| Michael S. Kimm, Esq. | Attorneys for Defendants |
| 333 Sylvan Ave, Suite 106 | WeMakePrice Inc., |
| Englewood Cliffs, NJ  07632 | I-Shoplog Holdings Inc., |
| (201) 569-2880 | I-Shoplog LLC, Joon Ahn, |
| | and Kwan Seok Moon |
| Attorneys for Plaintiffs | |
| Heung Joo Han and Jong Min Koh | Dated: October 17, 2019 |
| | |
| Dated: October 17, 2019 | |

303866045 v1